| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **WilksLaw**<br>**Misty Wilks**<br>**3818 Crenshaw Blvd # 445**<br>**Los Angeles, CA 90008-1813**<br>**Phone: (323) 540-4633**<br>**Email: misty@wilkslawoffice.com**<br>**Bar Number: 196327**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br>**TIFFANY N DIAZ** | CASE NO.:<br>CHAPTER: **7**<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
|---|---|
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1.  ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  12/22/2025    **TIFFANY N DIAZ**                                    _/s/ Tiffany Diaz_
                            Printed name of Debtor 1                              Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (<u>*Check only ONE box below*</u>):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration*.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                            Printed name of Debtor 2                                    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                 Page 2                                                     F 1002-1.EMP.INCOME.DEC

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement *DUPLICATE* | Direct Deposit 99205201 |
|---|---|---|

| Recipient | BEVERLY W | | ID 2644709 | |
|---|---|---|---|---|
| Payee/Provider | TIFFANY DIAZ | | ID 003363594 | |
| Service Period: | 10/01/2025 to 10/15/2025 | | **Deductions** | Current | YTD |
| Timesheet # | 4232855443 | | Federal | $ 0.00 | $ 0.00 |
| Process Date: | 10/21/2025 | | State | $ 0.00 | $ 0.00 |
| Pay Rate: | $18.50 | | FICA | $ 46.11 | $ 573.31 |
| Hours Submitted | H 40 | M 12 | Medicare | $ 10.78 | $ 134.08 |
| Hours Not Paid | H 00 | M 00 | SDI/DIEC | $ 8.92 | $ 110.96 |
| Total Hours Paid | H 40 | M 12 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 00 | M 00 | | | |
| Sick Leave Hours | H | M | Dues | $ 0.00 | $ 153.50 |
| | Current | YTD | | | |
| Regular* | $ 743.70 | $ 9,246.88 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 0.00 | $ 0.00 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 743.70** | **$ 9,246.88** | | | |
| Net Pay | $ 677.89 | $ 8,275.03 | Total Deductions | $ 65.81 | $ 971.85 |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement *DUPLICATE* | | | Direct Deposit 99681529 | |
|---|---|---|---|---|---|
| Recipient | BEVERLY W | | | ID 2644709 | |
| Payee/Provider | TIFFANY DIAZ | | | ID 003363594 | |
| Service Period: | 10/16/2025 to 10/31/2025 | | Deductions | Current | YTD |
| Timesheet # | 4234287250 | | Federal | $ 0.00 | $ 0.00 |
| Process Date: | 11/06/2025 | | State | $ 0.00 | $ 0.00 |
| Pay Rate: | $18.50 | | FICA | $ 30.64 | $ 603.95 |
| Hours Submitted | H 26 | M 43 | Medicare | $ 7.17 | $ 141.25 |
| Hours Not Paid | H 00 | M 00 | SDI/DIEC | $ 5.93 | $ 116.89 |
| Total Hours Paid | H 26 | M 43 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 00 | M 00 | | | |
| Sick Leave Hours | H | M | Dues | $ 34.36 | $ 187.86 |
| | Current | YTD | | | |
| Regular* | $ 494.25 | $ 9,741.13 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 0.00 | $ 0.00 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| Total Gross | $ 494.25 | $ 9,741.13 | | | |
| Net Pay | $ 416.15 | $ 8,691.18 | Total Deductions | $ 78.10 | $ 1,049.95 |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

| Employee Statement of Earnings - Payroll Help: (213)241-2570 or payrollsupport@lausd.net | Tax Exemptions |
|---|---|
| Name: DIAZ, TIFFANY — EE ID 1116785 — Payroll Period 10/01/25 To:10/15/25 — Pay Date 10/23/25 — Payroll Semi — Payment DD*0624 — PS-Area B | FED / M / Exemptions = 00<br>CA / M / Exemptions = 00 |

| Payments | Per End | SB | PS-Grp | PL | PERNR | Cost Ctr | Rate | Hours | Gross |
|---|---|---|---|---|---|---|---|---|---|
| CURRENT PAY * | | | | | | | | | |
| Regular Time Pay | 10/15/25 | C | 4571 | 03 | 01116785 | 1957201 | 30.17208 | 62.50 | 1,885.76 |
| FMLA/CFRA KinCare PN | 10/15/25 | C | 4571 | 03 | 01116785 | 1957201 | 30.17208 | 7.00 | 211.20 |
| FMLA/CFRA Pers. Nece | 10/15/25 | C | 4571 | 03 | 01116785 | 1957201 | 30.17208 | 0.50 | 15.09 |

Leave HRS
- Full Pay Illness  48.91
- Half Pay Illness  628.26
- Vacation  65.00
- Vacation Cap  158.13

District Paid Benefits
- District Paid PERS  566.24
- Kaiser HMO (A) ER  1,415.48
- VSP(K) ER  7.02
- Employee Basic Life  0.96
- Western Dental ER  20.30

Annualized Status

Hours Summary

| Pre-Tax Deductions | Current | YTD | Post-Tax Deductions | Current | YTD | Totals | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| PERS EE | 168.96- | 2612.69- | Local 99 Union Dues | 44.78- | 692.36- | Gross | 2,112.05 | 33,862.72 |
| | | | Summer AP Deduction | | 840.00- | Imputed Income | 0.00 | 0.00 |
| | | | Summer AP Deduction | 100.00- | 480.38- | Pre-Tax Deduct | 168.96- | 2,612.69- |
| | | | | | | Taxable Earnings | 1,943.09 | 31,250.03 |
| | | | | | | FED Withholding | 127.80- | 1,881.84- |
| | | | | | | FED EE Social Se | 130.95- | 2,099.49- |
| | | | | | | FED EE Medicare | 30.63- | 491.01- |
| | | | | | | CA Withholding | 27.81- | 415.78- |
| | | | | | | CA EE Disabilit | 25.34- | 406.35- |
| | | | | | | Post-Tax Deduct | 144.78- | 2,012.74- |
| | | | | | | Non-Tax Reimburs | 0.00 | 1,470.00 |
| Total Pre-Tax: | 168.96- | 2,612.69- | Total Post-Tax: | 144.78- | 2,012.74- | Total Net Pay | 1,455.78 | |

* View your detailed Time Statement at https://ess.lausd.net
Message:

Los Angeles Unified School District    333 South Beaudry Ave, Los Angeles CA 90017

| Employee Statement of Earnings - Payroll Help: (213)241-2570 or payrollsupport@lausd.net | | | | | | | | Tax Exemptions | |
|---|---|---|---|---|---|---|---|---|---|
| Name<br>DIAZ, TIFFANY | EE ID<br>1116785 | Payroll Period<br>10/16/25 To:10/31/25 | | Pay Date<br>11/07/25 | Payroll<br>Semi | Payment<br>DD*0624 | PS-Area<br>B | FED / M / Exemptions = 00<br>CA  / M / Exemptions = 00 | |

| Payments | Per End | SB | PS-Grp | PL | PERNR | Cost Ctr | Rate | Hours | Gross | Leave HRS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIOR PAY ADJUSTMENTS | | | | | | | | | | Full Pay Illness | 42.99 |
| Regular Time Pay | 09/30/25 | C | 4571 | 03 | 01116785 | 1957201 | 30.17208 | 0.25- | 7.55- | Half Pay Illness | 628.26 |
| School Activ Pers Ne | 09/30/25 | C | 4571 | 03 | 01116785 | 1957201 | 30.17208 | 0.25 | 7.54 | Vacation | 69.85 |
| Regular Time Pay | 10/15/25 | C | 4571 | 03 | 01116785 | 1957201 | 30.17208 | 1.17- | 35.31- | Vacation Cap | 158.13 |
| Full pay Illness | 10/15/25 | C | 4571 | 03 | 01116785 | 1957201 | 30.17208 | 1.17 | 35.30 | | |
| CURRENT PAY * | | | | | | | | | | | |
| Regular Time Pay | 10/31/25 | C | 4571 | 03 | 01116785 | 1957201 | 30.17208 | 79.50 | 2,398.68 | | |
| FMLA/CFRA Pers. Nece | 10/31/25 | C | 4571 | 03 | 01116785 | 1957201 | 30.17208 | 4.50 | 135.77 | District Paid Benefits | |
| | | | | | | | | | | District Paid PERS | 679.49 |

Annualized Status

Hours Summary

| Pre-Tax Deductions | Current | YTD | Post-Tax Deductions | Current | YTD | Totals | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| PERS EE | 202.76- | 2815.45- | Local 99 Union Dues | 53.73- | 746.09- | Gross | 2,534.43 | 36,397.15 |
| | | | Summer AP Deduction | | 840.00- | Imputed Income | 0.00 | 0.00 |
| | | | Summer AP Deduction | 100.00- | 580.38- | Pre-Tax Deduct | 202.76- | 2,815.45- |
| | | | | | | Taxable Earnings | 2,331.67 | 33,581.70 |
| | | | | | | FED Withholding | 174.43- | 2,056.27- |
| | | | | | | FED EE Social Se | 157.13- | 2,256.62- |
| | | | | | | FED EE Medicare | 36.75- | 527.76- |
| | | | | | | CA  Withholding | 36.36- | 452.14- |
| | | | | | | CA  EE Disabilit | 30.42- | 436.77- |
| | | | | | | Post-Tax Deduct | 153.73- | 2,166.47- |
| | | | | | | Non-Tax Reimburs | 0.00 | 1,470.00 |
| Total Pre-Tax: | 202.76- | 2,815.45- | Total Post-Tax: | 153.73- | 2,166.47- | Total Net Pay | 1,742.85 | |

* View your detailed Time Statement at https://ess.lausd.net
Message:Please login to https://ESS.lausd.net to verify your address. Submit corrections as necessary. This ensures all
District correspondences (W2 statements, paychecks, etc.) are delivered without delay.###

Los Angeles Unified School District        333 South Beaudry Ave, Los Angeles CA 90017

```
Employee Statement of Earnings - Payroll Help: (213)241-2570 or payrollsupport@lausd.net   Tax Exemptions


Name                    EE ID      Payroll Period           Pay Date   Payroll Payment  PS-Area  FED / M / Exemptions = 00
DIAZ, TIFFANY           1116785    11/01/25 To:11/15/25     11/21/25   Semi    DD*0624      B    CA  / M / Exemptions = 00

Payments            Per End    SB  PS-Grp   PL  PERNR     Cost Ctr    Rate      Hours       Gross  Leave HRS


                                                                                                   Full Pay Illness     26.24
CURRENT PAY *                                                                                      Half Pay Illness    628.26
 Regular Time Pay   11/15/25   C   4571     03  01116785  1957201   30.17208    46.25    1,395.46  Vacation             73.88
 FMLA/CFRA KinCare PN 11/15/25 C   4571     03  01116785  1957201   30.17208     2.75       82.97  Vacation Cap        158.13
 Holiday Pay        11/15/25   C   4571     03  01116785  1957201   30.17208     7.00      211.20
 Full pay Illness   11/15/25   C   4571     03  01116785  1957201   30.17208    14.00      422.40

                                                                                                   District Paid Benefits

                                                                                                   District Paid PERS   566.24
                                                                                                   Kaiser HMO (A) ER  1,415.48
                                                                                                   VSP(K) ER              7.02
                                                                                                   Employee Basic Life    0.96
                                                                                                   Western Dental ER     20.30




                                                                                                   Annualized Status




                                                                                                   Hours Summary




Pre-Tax Deductions   Current        YTD    Post-Tax Deductions   Current       YTD   Totals            Current         YTD

PERS EE              168.96-   2984.41-    Local 99 Union Dues    44.78-     790.87- Gross            2,112.03      38,509.18
                                           Summer AP Deduction               840.00- Imputed Income       0.00           0.00
                                           Summer AP Deduction   100.00-     680.38- Pre-Tax Deduct    168.96-       2,984.41-

                                                                                     Taxable Earnings 1,943.07      35,524.77
                                                                                     FED Withholding   127.79-       2,184.06-
                                                                                     FED EE Social Se  130.95-       2,387.57-
                                                                                     FED EE Medicare    30.62-         558.38-
                                                                                     CA  Withholding    27.81-         479.95-
                                                                                     CA  EE Disabilit   25.34-         462.11-
                                                                                     Post-Tax Deduct   144.78-       2,311.25-
                                                                                     Non-Tax Reimburs    0.00        1,470.00

 Total Pre-Tax:      168.96- 2,984.41-     Total Post-Tax:       144.78- 2,311.25-   Total Net Pay    1,455.78
* View your detailed Time Statement at https://ess.lausd.net
 Message:Please login to https://ESS.lausd.net to verify your address. Submit corrections as necessary. This ensures all
         District correspondences (W2 statements, paychecks, etc.) are delivered without delay.###



Los Angeles Unified School District           333 South Beaudry Ave, Los Angeles CA 90017
```

```
Employee Statement of Earnings - Payroll Help: (213)241-2570 or payrollsupport@lausd.net     Tax Exemptions

Name                          EE ID      Payroll Period         Pay Date  Payroll Payment PS-Area  FED / M / Exemptions = 00
DIAZ, TIFFANY                 1116785    11/16/25 To:11/30/25   12/08/25  Semi    DD*0624    B     CA  / M / Exemptions = 00

Payments            Per End   SB  PS-Grp  PL  PERNR     Cost Ctr    Rate      Hours       Gross    Leave HRS

                                                                                                   Full Pay Illness      26.24
CURRENT PAY *                                                                                      Half Pay Illness     628.26
  Regular Time Pay  11/30/25  C   4571    03  01116785  1957201   30.17208   35.00    1,056.02    Vacation               76.71
  Holiday Pay       11/30/25  C   4571    03  01116785  1957201   30.17208   14.00      422.41    Vacation Cap          158.13


                                                                                                   District Paid Benefits

                                                                                                   District Paid PERS   396.37




                                                                                                   Annualized Status




                                                                                                   Hours Summary




Pre-Tax Deductions     Current       YTD   Post-Tax Deductions    Current      YTD    Totals           Current         YTD

PERS EE               118.27-   3102.68-   Local 99 Union Dues     31.34-   822.21-  Gross            1,478.43    39,987.61
                                           Summer AP Deduction             840.00-   Imputed Income       0.00         0.00
                                           Summer AP Deduction    100.00-  780.38-   Pre-Tax Deduct     118.27-    3,102.68-

                                                                                     Taxable Earnings 1,360.16    36,884.93
                                                                                     FED Withholding    64.77-     2,248.83-
                                                                                     FED EE Social Se   91.66-     2,479.23-
                                                                                     FED EE Medicare    21.44-       579.82-
                                                                                     CA  Withholding    14.99-       494.94-
                                                                                     CA  EE Disabilit   17.74-       479.85-
                                                                                     Post-Tax Deduct   131.34-     2,442.59-
                                                                                     Non-Tax Reimburs    0.00      1,470.00

Total Pre-Tax:        118.27- 3,102.68-    Total Post-Tax:        131.34- 2,442.59-  Total Net Pay     1,018.22
* View your detailed Time Statement at https://ess.lausd.net
  Message:Please login to https://ESS.lausd.net to verify your address. Submit corrections as necessary. This ensures all
         District correspondences (W2 statements, paychecks, etc.) are delivered without delay.###



Los Angeles Unified School District        333 South Beaudry Ave, Los Angeles CA 90017
```

```
Employee Statement of Earnings - Payroll Help: (213)241-2570 or payrollsupport@lausd.net    | Tax Exemptions

Name                              EE ID    Payroll Period          Pay Date  Payroll Payment PS-Area | FED / M / Exemptions = 00
DIAZ, TIFFANY                     1116785  12/01/25 To:12/15/25    12/23/25  Semi    DD*0624    B    | CA  / M / Exemptions = 00

Payments           Per End  SB PS-Grp  PL PERNR    Cost Ctr     Rate     Hours       Gross  | Leave HRS

CURRENT PAY *                                                                                 Full Pay Illness      25.82
  Regular Time Pay 12/15/25  C  4571    03 01116785 1957201   30.17208   76.58    2,310.58    Half Pay Illness     628.26
  FMLA/CFRA KinCare PN 12/15/25 C 4571  03 01116785 1957201   30.17208    0.42       12.67    Vacation              81.15
                                                                                              Vacation Cap         158.13

                                                                                              District Paid Benefits

                                                                                              District Paid PERS    622.86
                                                                                              Kaiser HMO (A) ER   1,415.48
                                                                                              VSP(K) ER              7.02
                                                                                              Employee Basic Life    0.96
                                                                                              Western Dental ER     20.30

                                                                                              Annualized Status


                                                                                              Hours Summary


Pre-Tax Deductions      Current        YTD | Post-Tax Deductions    Current      YTD | Totals              Current        YTD

PERS EE                  185.86-  3288.54- | Local 99 Union Dues      49.25-  871.46- | Gross              2,323.25   42,310.86
                                             Summer AP Deduction             840.00-   | Imputed Income        0.00        0.00
                                             Summer AP Deduction     100.00- 880.38-   | Pre-Tax Deduct      185.86-   3,288.54-

                                                                                        Taxable Earnings   2,137.39   39,022.32
                                                                                        FED Withholding      151.11-   2,399.94-
                                                                                        FED EE Social Se     144.04-   2,623.27-
                                                                                        FED EE Medicare       33.69-     613.51-
                                                                                        CA  Withholding       32.08-     527.02-
                                                                                        CA  EE Disabilit      27.88-     507.73-
                                                                                        Post-Tax Deduct      149.25-   2,591.84-
                                                                                        Non-Tax Reimburs       0.00    1,470.00

Total Pre-Tax:          185.86- 3,288.54- | Total Post-Tax:     149.25- 2,591.84- | Total Net Pay         1,599.34
* View your detailed Time Statement at https://ess.lausd.net
Message:Please login to https://ESS.lausd.net to verify your address. Submit corrections as necessary. This ensures all
        District correspondences (W2 statements, paychecks, etc.) are delivered without delay.###

Los Angeles Unified School District          333 South Beaudry Ave, Los Angeles CA 90017
```